■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL WISE, Appellant.— In a *coram nobis* proceeding, defendant appeals from an order of the County Court, Kings County, dated April 25, 1960, which denied, without a hearing, his application to vacate a judgment of said court, rendered November 28, 1949 on his plea of guilty, convicting him of carrying a concealed pistol in violation of section 1897 of the Penal Law, as a felony, and imposing sentence. Order affirmed. No opinion. Beldock, P. J., Ughetta, Christ, Hill and Rabin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BARNEY WOLFSON, Appellant.— Appeal by defendant from a judgment of the County Court, Nassau County, rendered September 25, 1961, which resentenced him as a first felony offender to serve a term of 5 to 10 years, such term to commence *nunc pro tunc* as of August 16, 1956 — the date when defendant, upon his plea of guilty, was originally convicted of robbery in the third degree and sentenced as a second felony offender. Judgment affirmed. No opinion. Beldock, P. J., Ughetta, Christ, Hill and Rabin, JJ., concur.

■ MIRIAM W. RIGGS, Respondent, v. JAMES ST. ANDREW, Appellant.— In an action to recover damages for injuries to person and property sustained in an automobile collision, defendant appeals, as limited by his brief, from so much of an order of the Supreme Court, Dutchess County, dated January 16, 1962, as *conditionally* granted his motion to dismiss the complaint for lack of prosecution (Rules Civ. Prac., rule 156). Defendant contends that his motion should have been granted unconditionally. Order, insofar as appealed from, affirmed, without costs. No opinion. Beldock, P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.